Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


# MEMORANDUM OPINION

No. 04-10-00576-CR

Bianca M. **RUIZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CR-9765W
Honorable Maria Teresa Herr, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  September 8, 2010

DISMISSED FOR WANT OF JURISDICTION

Appellant appeals from the trial court's order altering and amending conditions of probation.  This court does not have jurisdiction to consider an appeal from an order altering or modifying probation conditions. *See Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977); *see also Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.). Accordingly, this court ordered appellant to show cause why this appeal should not be dismissed

for want of jurisdiction.  Appellant's pro se response does not indicate a basis on which this court may exercise jurisdiction.  We therefore dismiss the appeal for lack of jurisdiction.

PER CURIAM

Do not publish